The Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON MCNEAR,<br><br>        Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC., a Nevada corporation,<br><br>        Defendant. | No. 2:19-cv-00157-BJR<br><br>**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 8th day of October 2019.

/s/ Gregory Skidmore
Gregory Skidmore, WSBA #47462
Vera P. Fomina, WSBA #49388
Skidmore | Fomina, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
gskidmore@skidmorefomina.com
vfomina@skidmorefomina.com

Attorneys for Plaintiff

/s/ Ryan P. Hammond
Ryan P. Hammond (WSBA No. 38888)
rhammond@littler.com
Birgitte M. Gingold (WSBA No. 50630)
bgingold@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300

Attorneys for Defendant

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE - 1
2:19-cv-00157-BJR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATE: October 8th, 2019.

*[signature]*
The Honorable Barbara J. Rothstein
United States District Court Judge

*Presented by:*

s/ *Ryan P. Hammond*
Ryan P. Hammond (WSBA No. 38888)
rhammond@littler.com
Birgitte M. Gingold (WSBA No. 50630)
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,*
*Notice of Presentation Waived:*

s/ *Gregory Skidmore*
Gregory Skidmore, WSBA #47462
gskidmore@skidmorefomina.com
Vera P. Fomina, WSBA #49388
vfomina@skidmorefomina.com
Skidmore | Fomina, PLLC

Attorneys for Plaintiff

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE - 2
2:19-cv-00157-BJR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300